|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730<br>FAX: (415) 436-6927 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CUIHAN LI, | ) |   |
|---|---|---|
|   | ) | No. C 08-5324 MEJ |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | **STIPULATION TO EXTEND DATES;** |
|   | ) | **and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>DAVID N. STILL, District Director,<br>San Francisco District Office, United States<br>Citizenship and Immigration Services, | ) ) ) ) ) ) |   |
|   | ) |   |
| Defendants. | ) |   |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about November 24, 2008. The United States Attorney's Office was not served with the Complaint until January 8, 2009.

2. Pursuant to this Court's November 24, 2008 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on November 26, 2009, and attend a case management conference on March 5, 2009.

3. In order to allow sufficient time for the Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby

Stipulation to Extend Dates
C08-5324 MEJ                                            1

respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | March 9, 2009 |
| Last day to file Joint ADR Certification | March 19, 2009 |
| Last day to file/serve Joint Case Management Statement: | March 26, 2009 |
| Case Management Conference: | April 2, 2009 at 11:00 a.m. |

Dated: January 14, 2009      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants


Dated: January 14, 2009      _____/s/_____
ANDERS JOHNSON
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 15, 2009      _____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C08-5324 MEJ          2